ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Anthony and Gordon Construction Co. | ) ASBCA Nos. 61545, 62384 |
| | ) |
| Under Contract No. N69450-13-C-0756 | ) |

APPEARANCE FOR THE APPELLANT:     Herman M. Braude, Esq.
                                                                  Braude Law Group, P.C.
                                                                  Rockville, MD

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                                                  Navy Chief Trial Attorney
                                                                  Matthew D. Bordelon, Esq.
                                                                  Trial Attorney

ORDER OF DISMISSAL

The parties have settled this dispute and request dismissal in these appeals. We grant the request. These appeals are dismissed with prejudice.

Dated: June 15, 2022

DANIEL S. HERZFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61545, 62384, Appeals of Anthony and Gordon Construction Co. Inc., rendered in conformance with the Board's Charter.

Dated: June 15, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals